**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
                            )
MICHAEL BONGANI LANGA,      )
                            )
                            )
             Petitioner,    )
                            )   Civil Action
v.                          )   No. 20-10186-PBS
                            )
Joseph D. McDonald, Jr.     )
                            )
             Respondent.    )
_____)
```

**ORDER OF DISMISSAL**

Saris, D.J.

In accordance with the Court's Order denying the Petiton for a Writ of Habeas Corpus, dated March 3, 2020 (Dkt. No. 10), it is hereby ORDERED, that the above-entitled action is dismissed.

3/3/2020
Date

By the Court,

/s/ Miguel A. Lara
Deputy Clerk